UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM BUTLER, III,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>JASPAL DHALIWAL, et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-05778-RGK (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint as it has been amended [*see* Dkts. 14 and 20-21], all relevant documents filed and lodged in this action, Defendant's motion for summary judgment ("Summary Judgment Motion") and the related briefing [Dkts. 45, 45-1 through 45-7, 49, and 50], the Report and Recommendation of United States Magistrate Judge [Dkt. 55 "Report"], and Plaintiff's Objections to the Report [Dkt. 56].  Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

　　　　The Court has carefully considered the record and the parties' arguments, as well as the Report.  Having completed its review, the Court accepts the findings, conclusions, and recommendations set forth in the Report.  Accordingly, **IT IS**

1 **ORDERED** that: the Summary Judgment Motion is GRANTED based on Plaintiff's
2 failure to satisfy the administrative exhaustion requirement; and Judgment shall be
3 entered dismissing this action without prejudice.

5  DATE: 10/6/2023

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE