UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM BUTLER, III,<br><br>Plaintiff<br><br>v.<br><br>JASPAL DHALIWAL, et al.,<br><br>Defendants. | Case No. 2:21-cv-05778-RGK (GJS)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

    IT IS HEREBY ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: 10/6/2023

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE